147 A.3d 445

THE BORDEN-PERLMAN INSURANCE AGENCY, INC., PLAIN-TIFF-RESPONDENT, v. UTICA MUTUAL INSURANCE COMPANY, DEFENDANT-PETITIONER.

Filed July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001313-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.